No. 81–6754. KIRK v. HECKLER, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 6th Cir. Certiorari denied.

No. 82–1383. CINTOLO v. UNITED STATES ET AL. C. A. 1st Cir. Certiorari denied.

No. 82–1466. PATTERSON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 82–1504. L. G. EVERIST, INC. v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 82–1539. DRUKER ET UX. v. COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied.

No. 82–1547. DABNEY v. MONTGOMERY WARD & CO., INC. C. A. 8th Cir. Certiorari denied.

No. 82–1581. QUENNEVILLE, EXECUTRIX OF THE ESTATE OF QUENNEVILLE v. DELMARK CO., INC., ET AL. C. A. 6th Cir. Certiorari denied.

No. 82–1594. MILO v. OHIO. Ct. App. Ohio, Franklin County. Certiorari denied.

No. 82–1624. R. R. GABLE, INC. v. BURROWS ET UX. Ct. App. Wash. Certiorari denied.

No. 82–1627. GREAT SOUTHWEST FIRE INSURANCE CO. v. ISON ET AL. C. A. 6th Cir. Certiorari denied.

No. 82–1629. BRITO ENTERPRISES, INC., T/A BRITO'S BOATYARD v. WESTBERRY. C. A. 11th Cir. Certiorari denied.